## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMILY PENNING, | ) |
| Plaintiff, | ) |
| | ) 8:09CV190 |
| vs. | ) |
| | ) ORDER |
| PFIZER, INC., | ) |
| Defendant. | ) |

On the court's own motion, the telephone planning conference previously set for January 15, 2010 at 2:00 p.m. is cancelled and is **rescheduled for January 20, 2010 at 2:00 p.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 19th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge