# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMILY PENNING,  )  | CASE NO. 8:09CV190 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER & |
| vs.   ) | FINAL JUDGMENT |
| ) | |
| PFIZER, INC.,   ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 51). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 51) is approved;

2. All claims asserted by Plaintiff Emily Penning against Defendant Pfizer, Inc., are dismissed with prejudice;

3. The Stipulation for Dismissal at Filing No. 49 is rejected as moot; and

4. The parties will pay their own costs and attorney fees.

DATED this 19th day of November, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge